**FILED**

July 31, 2023

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____Julie Golden_____

DEPUTY

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

**SINA 18, LLC**
**d/b/a Springhill Suites, Chester, Plaintiff**

**-vs-**

**CREWFACILITIES.COM.LLC, Defendant**

Case No. **1:23-cv-00809**

## O R D E R

BE IT REMEMBERED on this the **31st** day of _____July_____, 20 **23** , there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by _____**Ross C. Allen**_____ ("Applicant"), counsel for _____**SINA 18, LLC**_____ and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Applicant may appear on behalf of _____**SINA 18, LLC**_____ in the above case.

IT IS FURTHER ORDERED that Applicant, if Applicant has not already done so, shall, in compliance with Local Court Rule AT-1(f)(2), immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**.

IT IS FURTHER ORDERED that Applicant, pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall register as a filing user within 10 days of the date of this Order.

IT IS FINALLY ORDERED that Applicant's *Pro Hac Vice* status shall not become effective until Applicant has complied with all provisions of this Order.

SIGNED this the **31st** day of _____July_____ 20 **23** .

UNITED STATES DISTRICT JUDGE