UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

SINA18, LLC §
§
vs. §           NO:   AU:23-CV-00809-RP
§
CrewFacilities.com, LLC §
O R D E R

**BE IT REMEMBERED** on  this  the  31st day of July, 2023, there was presented
tothe Court the Motion for Admission *Pro Hac Vice* filed by Dale Mullen, counsel for
SINA18, LLC and the Court, having reviewed the motion, enters the following order:

**IT IS ORDERED** that the Motion for Admission *Pro Hac Vice* is GRANTED,
and Dale Mullen may appear on behalf of SINA18, LLC in the above case.

**IT IS FURTHER ORDERED** that Applicant, if Applicant has not already done
so, shall, in compliance with Local Court Rule AT-1(f)(2), immediately tender the amount
of $100.00, made payable to:   Clerk, U.S. District Court.

**IT IS FURTHER ORDERED** that Applicant, pursuant to the Administrative
Policies and Procedures for Electronic Filing in Civil and Criminal cases in the Western
District of Texas, shall register as a filing user within 10 days of the date of this Order.

**IT IS FINALLY ORDERED** that Applicant's *Pro Hac Vice* status shall not
become effective until Applicant has complied with all provisions of this Order.


**IT IS SO ORDERED** this 31st day of July, 2023.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE